UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAPHNE ANN DAVIS,

    Plaintiff,

v.

    Case No: 6:19-cv-1082-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand, filed on November 13, 2019 (Doc. 22). After review of the Report and Recommendation entered on November 13, 2019 (Doc. 23), and noting no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Unopposed Motion for Entry of Judgment with Remand (Doc. 22) is **GRANTED**. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 24 day of December, 2019.

                                                    G. KENDALL SHARP
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record