UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAPHNE ANN DAVIS,**

    **Plaintiff,**

v.                                       Case No: 6:19-cv-1082-Orl-18GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause came on for consideration on Plaintiff Daphne Ann Davis's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 26), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 27) entered on March 27, 2020, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 27) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Daphne Ann Davis's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 26) is **GRANTED in part** and **DENIED in part** as follows:

    a. Plaintiff's request for attorney's fees in the amount of **$5,500.00** is **GRANTED**. Plaintiff, as the prevailing party, is awarded fees in the amount of **$5,500.00**. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Samuel Fishman. If these fees are not subject to any offset and an assignment is provided to the Social Security Administration, the award shall be paid directly to the

2

order of Samuel Fishman, Esquire. All checks must be mailed care of Samuel Fishman, Esquire, 11450 Bustleton Avenue, Philadelphia, PA 19116.

   b. Plaintiff's requests for costs of $150.00 is **DENIED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Daphne Ann Davis and against Defendant Commissioner of Social Security.

**DONE** and **ORDERED** in Orlando, Florida, this 15 day of April, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

Case 6:19-cv-01082-GKS-GJK   Document 28   Filed 04/17/20   Page 2 of 2 PageID 553

2